BRIGGS AVENUE LLC, Appellant, v INSURANCE CORPORATION OF HANNOVER, Respondent.

Decided March 13, 2008

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

---

In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted January 22, 2008; decided March 13, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that the orders appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

LOUIS S. EDERER, Respondent, v STEVEN R. GURSKY et al., Appellants.

Submitted February 11, 2008; decided March 13, 2008

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 9 NY3d 514 (2007)].